IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121 865, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:08-cv-377-MHT |
| ) | (WO) |
| ) | |
| JAMES REYNOLDS, et al., ) | |
| ) | |
| Respondents. ) | |

ORDER

The magistrate judge entered a recommendation (Doc. #26) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED that the recommendation (Doc. #26) of the magistrate judge is adopted.

DONE, this 7th day of April, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE